PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: John Mach Borges                                    Cr.: 04-00030-001
                                                                      PACTS Number: 40217

Name of Sentencing Judicial Officer: The Honorable William H. Walls

Date of Original Sentence: 01/31/05

Original Offense: Unlawful Possession of a Firearm by a Convicted Felon

Original Sentence: 63 months incarceration; three years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 05/01/09

### PETITIONING THE COURT

[ ]  To extend the term of supervision for ____ Years, for a total term of ____ Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in an approved program for domestic violence and/or anger management treatment.

### CAUSE

As a special condition of his supervised release, the offender underwent a mental health assessment on September 9, 2009, at which time it was determined that based upon the offender's admitted short temper and issues of anger and defensiveness, he would benefit from anger management treatment.

Respectfully submitted,

By: Gisella M. Bassolino
U.S. Probation Officer
Date: 11/18/09

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

30/XI/2009
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in an approved program for domestic violence and/or anger management.

Witness: _____
U.S. Probation Officer
Gisella M. Bassolino

Signed: _____
Probationer or Supervised Releasee
John Mach Borges

11/17/09
DATE